# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMI BHATT, | Case No. 2:17-cv-02814-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 11) |
| THE STATE OF NEVADA ex rel. BOARD OF REGENTS, et al., | |
| Defendant(s). | |

Before the Court is the parties' interim status report. Docket No. 11. The parties submit that they have reached a settlement. *Id.* The Court **ORDERS** the parties to file a stipulation of dismissal no later than April 25, 2018.

IT IS SO ORDERED.

DATED: April 5, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge